UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL ESTRADA,<br><br>Defendant. | Case No.: 20CR2883-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND COMPETENCY HEARING** |
|---|---|

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting and Competency Hearing currently scheduled for February 5, 2021 shall be continued to **April 30, 2021** at **2:30 p.m.** Defendant shall file an acknowledgement of the new hearing date by February 8, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: January 29, 2021

Hon. Janis L. Sammartino
United States District Judge