# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 20CR2883-JLS |
| Plaintiff, | ORDER |
| v. | |
| ANGEL ESTRADA, | |
| Defendant | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting and Competency Hearing set for April 30, 2021 shall be continued until July 2, 2021, at 2:00 p.m. The defendant shall file an acknowledgment by May 14, 2021.

The parties agree to exclude time under the Speedy Trial Act. The reasons for the continuance are the Order of the Chief Judge #56 and 63-A, time to complete a medical evaluation, and to collect medical documents. The Court finds a continuance is in the interests of justice.

IT IS SO ORDERED.

DATED: April 26, 2021

Honorable Janis L. Sammartino
United States District Judge